UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTIN NICHOLS, ON BEHALF OF B.N. AND G.N. AND LAUREN O'NEILL ON BEHALF OF N.N.** | * * * | **NO.:** |
| Plaintiffs, | * * | **JUDGE:** |
| **VERSUS** | * * * | **MAGISTRATE:** |
| **WHITNEY OIL & GAS, LLC, DP LOUISIANA, LLC, DP GULF COAST, LLC, TRIMONT ENERGY, LLC, TRIMONT ENERGY (NOW), LLC, SPECTRUM AR, LLC, SPECTRUM ENERGY OIL & GAS HOLDINGS, LLC, AND SPECTRUM ENERGY HOLDINGS, LLC,** | * * * * * | |
| Defendants. | | |

## NOTICE OF REMOVAL

TO:  The Clerk of the United States District Court for the Eastern District of Louisiana

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. Sections 1334, 1446, and 1452, Rule 81(c) of the Federal Rules of Civil Procedure, Rule 9027 of the Federal Rules of Bankruptcy Procedure, and Local Rule 3.2, Whitney Oil & Gas, LLC ("Whitney") hereby removes the action pending in Civil District Court for the Parish of Orleans, Louisiana, *Kristin Nichols, on Behalf of B.N. and Lauren O'Neill on behalf of N.N. v. Whitney Oil & Gas, LLC, DP Louisiana, LLC, DP Gulf Coast, LLC, Trimont Energy, LLC Trimont Energy (NOW), LLC, Spectrum AR, LLC, Spectrum Energy Oil & Gas Holdings, LLC, and Spectrum Energy Holdings, LLC*, case no. 2025-00568 (the "State Court Action"), to the United States District Court for the Eastern District of Louisiana. The grounds for removal are as follows:

1.

Kristin Nichols, on Behalf of B.N. and Lauren O'Neill on behalf of N.N. (collectively "Plaintiffs") filed the State Court Action on or about January 23, 2025, by the filing of the Plaintiffs' Petition (the "Petition"). The State Court Action concerns and relates to a Chapter 11 case that was administered before Judge Meredith Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana entitled *In re Whitney Oil & Gas, LLC*, Case No. 23-11873 (the "Bankruptcy Case"). Plaintiffs allege that they suffered damages as a result of the death of Justin Nichols and make claims for wrongful death and a survival action. The incident arose after the filing of the bankruptcy case.

2.

This civil action is one that may be removed to this Court pursuant to 28 U.S.C. § 1452(a) in that this Court has jurisdiction over the claims or causes of action in the underlying action pursuant to Section 1334. In particular, the Petition seeks a money judgment against, *inter alia*, Whitney for Plaintiffs' damages resulting from the death of Justin Nichols. The basis for the claim is that the decedent was killed on August 17, 2024 allegedly as a result of an explosion at gas lift line while the decedent was aboard a mud boat. Plaintiffs' assert claims for wrongful death and a survival action under Louisiana state law, and alternatively, under the Jones Act, 46 U.S.C. §30104. Plaintiffs allege that Whitney and the other defendants are at fault for such death. The incident occurred post-petition and thus relates to the bankruptcy proceedings.

3.

Whitney first received notice of the State Court Action on or about February 17, 2025. Copies of all papers that have been filed in the State Court from which the case is removed are Exhibit "A."

4.

This Notice of Removal is timely filed as it is being filed within thirty (30) days after receipt, through service or otherwise, of the initial pleading setting forth the claim for relief, as required by 28 U.S.C. § 1446(b) and Rule 9027(a)(3) of the Federal Rules of Bankruptcy Procedure.

5.

Removal to this Court is proper under 28 U.S.C. § 1452(a) because Civil District Court for the Parish of Orleans, Louisianan, is located in the Eastern District of Louisiana.

6.

Written notice of the filing of this Notice of Removal will be given to the State Court and all parties to the State Court Action promptly after the filing of the Notice of Removal, as required by 28 U.S.C. § 1446(d) and Rule 9027 of the Federal Rules of Bankruptcy Procedure.  True and correct copies of that notice is attached hereto as Exhibit "B".

7.

The written consents to this removal on behalf of the other defendants in the State Court Action, DP Louisiana, LLC, DP Gulf Coast, LLC, Trimont Energy, LLC Trimont Energy (NOW), LLC, Spectrum AR, LLC, Spectrum Energy Oil & Gas Holdings, LLC, and Spectrum Energy Holdings, LLC, are attached as Exhibit "C."

8.

In accordance with this Court's Local Rule 3.2, the list of all parties and counsel is attached hereto as Exhibit "D."

WHEREFORE, Whitney respectfully gives notice that the State Court Action pending against it in Civil District Court for the Parish of Orleans, is hereby removed to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*/s/ Elizabeth B. McIntosh*
Elizabeth B. McIntosh (Bar No. 36575)
Raymond T. Waid (Bar No. 31351)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
ebmcintosh@liskow.com
rwaid@liskow.com

Attorneys for Whitney Oil & Gas, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2025, a copy of the foregoing pleading was served upon all parties of record by electronic mail.

*/s/ Elizabeth B. McIntosh*