## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO: 2025-00568　　　　　　　DIVISION: I　　　　　　　SECTION: 05

### KRISTIN NICHOLS, ET AL.

### VERSUS

### WHITNEY OIL & GAS, LLC, ET AL.

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:　Civil District Court for the Parish of Orleans Clerk of Court
　　　421 Loyola Ave. Room 402
　　　New Orleans, LA 70112

YOU ARE HEREBY NOTIFIED that a Notice of Removal of the above-captioned matter, a copy of which is attached hereto as Exhibit "A," was filed in the United States District Court for the Eastern District of Louisiana, on March 18, 2025.

Respectfully submitted,

*[signature]*

Elizabeth B. McIntosh, La. Bar No. 36575
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
ebmcintosh@liskow.com

*Attorneys for Whitney Oil & Gas, LLC*