UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTIN NICHOLS, ON BEHALF OF** | * | **NO.:** |
| **B.N. AND LAUREN O'NEILL ON** | * | |
| **BEHALF OF N.N.** | * | **JUDGE:** |
| **Plaintiffs,** | * | |
| | * | **MAGISTRATE:** |
| **VERSUS** | * | |
| | * | |
| **WHITNEY OIL & GAS, LLC, DP** | * | |
| **LOUISIANA, LLC, DP GULF COAST,** | * | |
| **LLC, TRIMONT ENERGY, LLC,** | * | |
| **TRIMONT ENERGY (NOW), LLC,** | * | |
| **SPECTRUM AR, LLC, SPECTRUM** | | |
| **ENERGY OIL & GAS HOLDINGS,** | | |
| **LLC, AND SPECTRUM ENERGY** | | |
| **HOLDINGS, LLC,** | | |
| **Defendants.** | | |

## CONSENT TO NOTICE OF REMOVAL

Defendants Trimont Energy, LLC and Trimont Energy (NOW), LLC, with full reservation of any and all defenses, exceptions, and objections that may exist in their favor, whether in state or federal court, including objections to personal jurisdiction, venue, forum selection, and convenience of the forum, hereby give notice that they consent to the removal of the action pending in Civil District Court for the Parish of Orleans, entitled *Kristin Nichols, on Behalf of B.N. and Lauren O'Neill on behalf of N.N. v. Whitney Oil & Gas, LLC, DP Louisiana, LLC, DP Gulf Coast, LLC, Trimont Energy, LLC Trimont Energy (NOW), LLC, Spectrum AR, LLC, Spectrum Energy Oil & Gas Holdings, LLC, and Spectrum Energy Holdings, LLC*, case no. 2025-00568 to this Honorable Court.

EXHIBIT C-1

**HELLER, DRAPER & HORN, L.L.C.**

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

*Attorneys for Trimont Energy (NOW), LLC*


**TRIMONT ENERGY, LLC**

By:_____
     J. Hunter Coates
Its: CEO & Director

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTIN NICHOLS, ON BEHALF OF B.N. AND LAUREN O'NEILL ON BEHALF OF N.N.**<br>        **Plaintiffs,** | * <br> * <br> * <br> * <br> * | **NO.:** <br><br> **JUDGE:** <br><br> **MAGISTRATE:** |
| **VERSUS** | * <br> * | |
| **WHITNEY OIL & GAS, LLC, DP LOUISIANA, LLC, DP GULF COAST, LLC, TRIMONT ENERGY, LLC, TRIMONT ENERGY (NOW), LLC, SPECTRUM AR, LLC, SPECTRUM ENERGY OIL & GAS HOLDINGS, LLC, AND SPECTRUM ENERGY HOLDINGS, LLC,**<br>        **Defendants.** | * <br> * <br> * <br> * | |

---

## CONSENT TO NOTICE OF REMOVAL

---

Defendants DP Gulf Coast, LLC and DP Louisiana, LLC, with full reservation of any and all defenses, exceptions, and objections that may exist in their favor, whether in state or federal court, including objections to personal jurisdiction, venue, forum selection, and convenience of the forum, hereby give notice that they consent to the removal of the action pending in Civil District Court for the Parish of Orleans, entitled *Kristin Nichols, on Behalf of B.N. and Lauren O'Neill on behalf of N.N. v. Whitney Oil & Gas, LLC, DP Louisiana, LLC, DP Gulf Coast, LLC, Trimont Energy, LLC Trimont Energy (NOW), LLC, Spectrum AR, LLC, Spectrum Energy Oil & Gas Holdings, LLC, and Spectrum Energy Holdings, LLC*, case no. 2025-00568 to this Honorable Court.

EXHIBIT C-2

Respectfully submitted,

Elizabeth B. McIntosh (Bar No. 36575)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
ebmcintosh@liskow.com

Attorneys for DP Louisiana, LLC and DP Gulf
Coast, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KRISTIN NICHOLS, ON BEHALF OF** | * | **NO.:** |
| **B.N. AND LAUREN O'NEILL ON** | * | |
| **BEHALF OF N.N.** | * | **JUDGE:** |
|     **Plaintiffs,** | * | |
| | * | **MAGISTRATE:** |
| **VERSUS** | * | |
| | * | |
| **WHITNEY OIL & GAS, LLC, DP** | * | |
| **LOUISIANA, LLC, DP GULF COAST,** | * | |
| **LLC, TRIMONT ENERGY, LLC,** | * | |
| **TRIMONT ENERGY (NOW), LLC,** | * | |
| **SPECTRUM AR, LLC, SPECTRUM** | | |
| **ENERGY OIL & GAS HOLDINGS,** | | |
| **LLC, AND SPECTRUM ENERGY** | | |
| **HOLDINGS, LLC,** | | |
|     **Defendants.** | | |

---

## CONSENT TO NOTICE OF REMOVAL

---

Defendants Spectrum AR, LLC, Spectrum Energy Oil & Gas, Holdings, LLC, and Spectrum Energy Holdings, Inc., with full reservation of any and all defenses, exceptions, and objections that may exist in their favor, whether in state or federal court, including objections to personal jurisdiction, venue, sufficiency of service, sufficiency of process, forum selection, and convenience of the forum, hereby give notice that they consent to the removal of the action pending in Civil District Court for the Parish of Orleans, entitled *Kristin Nichols, on Behalf of B.N. and Lauren O'Neill on behalf of N.N. v. Whitney Oil & Gas, LLC, DP Louisiana, LLC, DP Gulf Coast, LLC, Trimont Energy, LLC Trimont Energy (NOW), LLC, Spectrum AR, LLC, Spectrum Energy Oil & Gas Holdings, LLC, and Spectrum Energy Holdings, LLC*, case no. 2025-00568 to this Honorable Court.

EXHIBIT C-3

Respectfully submitted,

/s/ Alan R. Davis
Alan R. Davis (#31694)
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD,
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Tel:    (504) 568-1990
Fax:    (504) 310-9195
Email:  adavis@lawla.com
**Attorneys for Spectrum Energy Oil & Gas Holdings, LLC, Spectrum Energy Holdings, Inc., and Spectrum AR, LLC**