# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTIN NICHOLS, ON BEHALF OF** | * | **NO.:** |
| **B.N. AND G.N. AND LAUREN O'NEILL** | * | |
| **ON BEHALF OF N.N.** | * | **JUDGE:** |
| **Plaintiffs,** | * | |
| | * | **MAGISTRATE:** |
| **VERSUS** | * | |
| | * | |
| **WHITNEY OIL & GAS, LLC, DP** | * | |
| **LOUISIANA, LLC, DP GULF COAST,** | * | |
| **LLC, TRIMONT ENERGY, LLC,** | * | |
| **TRIMONT ENERGY (NOW), LLC,** | * | |
| **SPECTRUM AR, LLC, SPECTRUM** | | |
| **ENERGY OIL & GAS HOLDINGS, LLC,** | | |
| **AND SPECTRUM ENERGY HOLDINGS,** | | |
| **LLC,** | | |
| **Defendants.** | | |

## LIST OF PARTIES

| Party | Attorney |
|---|---|
| Kristin Nichols, on behalf of BN and GN, and Lauren O'Neill on behalf of NN (mother of BN & GN) | Noah Wexler<br>Jason Itkin<br>Cory Itkin<br>Alexandra Poulson (pro hac vice)<br>Jonathan Mack Jr (pro hac vice)<br>Arnold & Itkin LLP<br>6009 Memorial Drive<br>Houston TX 77007<br>P: 713-222-3800<br><br><br>A.M. Tony Clayton<br>Michael Fruge<br>Richard Ward<br>Clayton Fruge & Ward<br>3741 La Highway I South<br>Port Allen LA 70767<br>P: 225-344-7000 |
| Whitney Oil & Gas LLC | Elizabeth McIntosh<br>Ray Waid<br>Liskow & Lewis<br>701 Poydras St Ste 5000<br>New Orleans, LA 70139 |
| DP Louisiana LLC | Elizabeth McIntosh |

|  | Ray Waid<br>Liskow & Lewis<br>701 Poydras St Ste 5000<br>New Orleans, LA 70139 |
|---|---|
| DP Gulf Coast LLC | Elizabeth McIntosh<br>Ray Waid<br>Liskow & Lewis<br>701 Poydras St Ste 5000<br>New Orleans, LA 70139 |
| Trimont Energy (NOW) LLC |  |
| Spectrum AR LLC |  |
| Spectrum Energy Oil & Gas Holdings LLC |  |
| Spectrum Energy Holdings Inc |  |